

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00313-CV

_____

IN RE AMANDA CHERRY, Relator

Original Proceeding
362nd District Court of Denton County, Texas
Trial Court No. 22-7496-362

Before Wallach, J.; Sudderth, C.J.; and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, motion for emergency stay, and motion for expedited consideration of emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus, motion for emergency stay, and motion for expedited consideration of emergency relief are denied.

Per Curiam

Delivered:  July 3, 2025